## Commonwealth ex rel. McDaniels, Appellant, *v.* Perkins.

Submitted September 23, 1970. *Miriam L. Gafni* and *Paula S. Gold,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Carroll S. Conrad* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Dep-

uty District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.